IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 06-00391-01-CR-W-GAF |
| ALPHONZO HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on March 7, 2007. Defendant Henderson appeared in person and with Assistant Federal Public Defender Anita Burns. The United States of America appeared by Assistant United States Attorney Paul Becker for Stefan Hughes.

*I.    BACKGROUND*

On November 2, 2006, an indictment was returned charging Defendant with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Becker announced that Mr. Hughes will be the trial counsel for the government. The case agent to be seated at counsel table is Special Agent Dan Cassidy, ATF.

Ms. Burns announced that she will be the trial counsel for Defendant Henderson; investigator Allen Bush will assist.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Becker announced that the government intends to call thirteen witnesses without stipulations or eleven witnesses with stipulations during the trial.

Ms. Burns announced that Defendant Henderson intends to call one witnesses during the trial. Defendant Henderson may testify.

## V. TRIAL EXHIBITS

Mr. Becker announced that the government will offer approximately fifteen exhibits in evidence during the trial.

Ms. Burns announced that Defendant Henderson will offer approximately one exhibit in evidence during the trial.

## VI. DEFENSES

Ms. Burns announced that Defendant Henderson will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Ms. Burns stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to the prior felony conviction.

## IX. TRIAL TIME

Counsel were in agreement that this case will take two days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed December 14, 2006, counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by Wednesday, March 7, 2007;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, March 14, 2007;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, March 14, 2007. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and, if available to counsel, 3 and ½ inch computer disk in a form compatible with WordPerfect 9.0, 10.0, or 11.0.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine will probably be filed concerning the prior conviction or

convictions.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on March 19, 2007. The government requests the first week of the trial docket, and the defense does not object.

                                                  /s/ *Robert E. Larsen*
                                                  ROBERT E. LARSEN
                                                  United States Magistrate Judge

Kansas City, Missouri
March 7, 2007

cc:    The Honorable Gary A. Fenner
       Mr. Stefan Hughes
       Ms. Anita Burns
       Mr. Jeff Burkholder

4