IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 06-00391-01-CR-W-FJG |
| ALPHONZO HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On April 30, 2007, counsel for Defendant filed a motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency (Doc. No. 62). Defendant was examined by Jason V. Dana, Psy.D., who prepared a report dated July 3, 2007.

On August 6, 2007, I held a competency hearing. Defendant was present, represented by appointed counsel Anita Burns. The government was represented by Assistant United States Attorney Stefan Hughes. During the hearing, both parties stipulated to the contents and findings of Dr. Dana's report (Tr. at 2). No additional evidence was offered by either party (Tr. at 3

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that Defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent to stand trial and to assist in his defense.

                    /s/ Robert E. Larsen
                    ROBERT E. LARSEN
                    United States Magistrate Judge

Kansas City, Missouri
August 8, 2007